# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **KRISHAN KANT** | **CIVIL DOCKET NO. 3:26-CV-1510** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **BRIAN ACUNA, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## MEMORANDUM ORDER

Considering the foregoing Motion for Entry of Default, Doc. #7;

**IT IS HEREBY ORDERED DENIED**.  Respondents' response was due no later than June 19, 2026.  However, it was filed on June 23, 2026.  "Default judgments are not appropriate in habeas corpus cases."  Lemons v. Collins, 992 F.2d 326 (5th Cir. 1993).

**THUS DONE AND SIGNED** in chambers, in Shreveport, Louisiana, this the 24th day of June 2026.

Mark L. Hornsby
U.S. Magistrate Judge